UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  CASE NO.: 18-20417

D-2  TERRANCE HANNAH,                HON. TERRENCE G. BERG

        Defendant.
_____/

## EXPARTE MOTION ALLOWING
## LAPTOP INTO CORRECTIONAL FACILITY

      Defendant Terrance Hannah, through his attorney, James Gerometta of the Federal Community Defender Office, respectfully requests that this Court order that that the Federal Community Defender's laptop computer containing electronic discovery material, be allowed into Defendant's place of incarceration so that Defendant can view the discovery material, due to the refusal of the correctional facility to allow a laptop into their facility without a court order

                                                  Respectfully submitted,

                                                  **FEDERAL COMMUNITY DEFENDER**

                                                  s/James R. Gerometta
                                                  Assistant Federal Defender
                                                  613 Abbott Street, Suite 500
                                                  Detroit, MI 48226
                                                  Phone: 313-967-5839
                                                  E-mail: james_gerometta@fd.org
                                                  P60260

Dated:  January 26, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO.: 18-20417

D-2  TERRANCE HANNAH,        HON. TERRENCE G. BERG

    Defendant.
_____/

## EXPARTE ORDER ALLOWING
## LAPTOP INTO CORRECTIONAL FACILITY

Upon Defendant's need to view electronic discovery material in the correctional facility housing defendant, and the Court being aware the correctional facility requires a court order to allow a laptop into the facility;

**IT IS HEREBY ORDERED** that the Federal Community Defender's laptop computer containing electronic discovery material, be allowed into Defendant's place of incarceration so that Defendant can view the discovery material.

                                        /s/Terrence G. Berg
                                        HONORABLE TERRENCE G. BERG
                                        United States District Court Judge

Date:  January 26, 2021